# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Bobby Boyer,<br><br>                 Plaintiff,<br>v.<br><br>AmSher Collection Services, Inc.,<br><br>                Defendant. | Civil Action No.: 3:11-cv-00167-MOC -DCK |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: October 3, 2011

Respectfully submitted,                        By __/s/ Stacie Watson_____

                                                                        Stacie Watson, Esq. (Bar No.: 23890)
                                                                        Law Office of Stacie Watson.
                                                                        P.O. Box 1412
                                                                        Apex, North Carolina 27502
                                                                        Telephone: (919) 522-6128
                                                                        Facsimile: (919) 439-5308
                                                                        Email: swatsonattorney@bellsouth.net
                                                                        Attorneys for Plaintiff

                                                                        Of Counsel To:

                                                                        LEMBERG & ASSOCIATES L.L.C.
                                                                        1100 Summer Street, 3rd Floor
                                                                        Stamford, CT 06905
                                                                        Telephone: (203) 653-2250
                                                                        Facsimile: (203) 653-3424

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 3, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Stacie Watson
                                                Stacie Watson, Esq.