UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

_____

Bobby Boyer,

            Plaintiff,

  v.

AmSher Collection Services, Inc.,
            Defendant.

_____

Civil Action No.: 3:11-cv-00167-MOC -DCK

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to dismiss the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against AmSher Collection Services, Inc. with prejudice and without costs to any party.

| Bobby Boyer | AmSher Collection Services, Inc. |
|---|---|
| ___/s/ Stacie Saunders-Watson_____ | ___/s/ Caren D. Enloe_____ |
| Stacie Saunders-Watson, Esq. | Caren D. Enloe, Esq. |
| Law Office Of Stacie Watson | Morris, Manning & Martin, LLP |
| P.O. Box 1412 | 1000 Park Forty Plaza, Suite 350 |
| Apex, North Carolina 27502 | Durham, NC 27713 |
| 919-522-6128 | 919-433-2821 |
| Attorney for Plaintiff | Attorney for Defendant |

_____
SO ORDERED

## CERTIFICATE OF SERVICE

      I hereby certify that on December 2, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                           By /s/ Stacie Watson_____
                                                                    Stacie Watson